**No. 09-10196. Carl A. Knight, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3306, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4116.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10199. Jeffrey Lynn Myers, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3306, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4085.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 589 F.3d 117.

**No. 09-10200. Donaveon Lightbourn, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3306, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4117.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 357 Fed. Appx. 259.

**No. 09-10207. James Singleton, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3306, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4083.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 360 Fed. Appx. 444.

**No. 09-10211. Martin Purnell, aka Martin Timothy Spencer, Jr., Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3307, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4126.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 384.

**No. 09-10212. Marco Aurelio DeLeon, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3307, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4092.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 319.

**No. 09-10218. Jorge Medina-Montes, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3307, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4096.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 943.

**No. 09-10223. Woady Audrey Lopez, Petitioner v. United States.**

560 U.S. 917, 130 S. Ct. 3307, 176 L. Ed. 2d 1207, 2010 U.S. LEXIS 4104.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.